UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CURTIS SMITH,
Institutional ID No. 2285479

    Plaintiff,

v.

MRS. PEGGY CHISM,

    Defendant.

No. 5:23-CV-00201-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated December 13, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge